

FILED
IN OPEN COURT

JUN 30 2017

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

V.                                                    **CRIMINAL ACTION NO. 4:16CR49**

TIMEIKI HEDSPETH,

      DEFENDANT.

### VERDICT FORM

WE THE JURY, FIND THE DEFENDANT, **TIMEIKI HEDSPETH,**

**COUNT 1:** With Respect to Count 1, Conspiracy to Commit Mail Fraud, Bank Fraud, and Wire Fraud:

    Not Guilty _____          Guilty __X___

**COUNT 4:** With Respect to Count 4, Mail Fraud, on or about, December 9, 2012:

    Not Guilty _____          Guilty __X___

**COUNT 14:** With Respect to Count 14, Mail Fraud, on or about, May 28, 2014:

    Not Guilty _____          Guilty __X___

**COUNT 16:** With Respect to Count 16, Bank Fraud, on or about, December 14, 2012:

    Not Guilty _____          Guilty __X___

1

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

**COUNT 24:** With Respect to Count 24, Bank Fraud, on or about, June 6, 2014:

Not Guilty _____          Guilty \_\_X\_\_\_

**COUNT 26:** With Respect to Count 26, Wire Fraud, on or about, December 14, 2012:

Not Guilty _____          Guilty \_\_X\_\_\_

**COUNT 33:** With Respect to Count 33, Wire Fraud, on or about, June 6, 2014:

Not Guilty _____          Guilty \_\_X\_\_\_

**COUNT 35:** With Respect to Count 35, Aggravated Identity Theft, on or about, December 14, 2012:

Not Guilty _____          Guilty \_\_X\_\_\_

**COUNT 43:** With Respect to Count 43, Aggravated Identity Theft, on or about, June 6, 2014:

Not Guilty _____          Guilty \_\_X\_\_\_

REDACTED COPY

_____          _____
FOREPERSON'S SIGNATURE                           DATE